☙ AO 98  (Rev. 8/85) Appearance Bond

Judicial Officer

☙ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

for the _____ DISTRICT OF _____ New Jersey

UNITED STATES OF AMERICA

V.

PATRICK CATANZARETI

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 13-2526(DEA)

CHARGING DISTRICTS
CASE NUMBER: 3:13-mj-54(WGH)

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

__SOUTHERN__ District of __INDIANA__ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the __EVANS__
                                                                 Place and Address

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
304 US COURTHOUSE, 101 NW MLK BLVD, EVANSVILLE, IN (ROOM #335)  on  MAY 3, 2013 @ 10:00 A.M.
                                                                      Date and Time

_____
Signature of Judge

April 12, 2013                    Douglas E. Arpert U.S.M.J.
Date                              Name and Title of Judge